UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

JOVON MARTIN, :
    Petitioner : CIVIL ACTION NO. 3:19-1290
    v. : (JUDGE MANNION)
:
UNITED STATES OF AMERICA, :
    Respondent :
:

## ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** as moot.

2. The Clerk of Court is directed to **CLOSE THIS CASE**.

*s/ Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

**DATE: December 18, 2020**
19-1290-01